Bankruptcy Case No. 10-15552-RGM

Adversary Proceeding No. 10--01337-RGM

# CERTIFICATE OF SERVICE

I, Amina Lee Cooper_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made August 26, 2010_____ by:
(name)                                                                                                                                           (date)

**X**   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Ronald D. Coleman, 7000 Falls Reach Drive, #111, Falls Church, VA 22043; and
Jad N. Sarsour, Vienna Law Group, 10615 Judicial Drive, #101, Fairfax, VA 22030

___   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___   Residence Service: By leaving the process with the following adult at:

___   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___   Publication: The defendant was served as follows: [Describe briefly]

___   State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

August 26, 2010_____                    _Amina Lee Cooper_____
Date                                                                                            Signature

| Print Name | | |
|---|---|---|
| Amina Lee Cooper | | |
| **Business Address** | | |
| McGuireWoods LLP, 1750 Tysons Blvd., Suite 1800 | | |
| City | State | Zip |
| McLean | VA | 22102 |

[ver. 05/02]